82 So.3d 824 (2011)
Maxie James GODFREY, Jr., Appellant,
v.
STATE of Florida, Appellee.
No. 4D09-3441.
District Court of Appeal of Florida, Fourth District.
March 23, 2011.
John Unruh, B.C.S., of Law Office of John Unruh, Vero Beach, for appellant.
Pamela Jo Bondi, Attorney General, Tallahassee, and Diane F. Medley, Assistant *825 Attorney General, West Palm Beach, for appellee.
PER CURIAM.
Dismissed. See Fla. R.App. P. 9.140(b)(2)(A).
HAZOURI, MAY and CIKLIN, JJ., concur.